UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SOLLARS,

        Plaintiff,	Case No. 13-12639

v.	Paul D. Borman
    United States District Judge

    Laurie J. Michelson
    United States Magistrate Judge

GMAC MORTGAGE, LLC,
Successors in Interest or Assigns,

        Defendant.
_____/

## ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) GRANTING DEFENDANT'S MOTION TO SET ASIDE ORDER ADMINISTRATIVELY CLOSING CASE

Before the Court is Magistrate Judge Laurie J. Michelson's Report and Recommendation to grant Defendant's Motion to Set Aside Order Administratively Closing Case (Dkt. No. 12).

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **GRANTS** Defendant's Motion to Set Aside Order Administratively Closing Case.  (Dkt. No. 8).

**IT IS SO ORDERED.**

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  September 23, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 23, 2013.

                                  s/Deborah Tofil
                                  Case Manager